# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER LEFEVER, *et al.*, | |
| Plaintiffs, | NO. 3:17-CV-1499 |
| v. | (JUDGE CAPUTO) |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## **ORDER**

**NOW**, this 18th day of October, 2018, **IT IS HEREBY ORDERED** that Plaintiffs' Motions to Appoint Counsel (Doc. 9; Doc. 27) are **DENIED without prejudice**.

    /s/ A. Richard Caputo
A. Richard Caputo
United States District Judge