# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER LEFEVER, *et al.*,

    Plaintiffs,

            v.

UNITED STATES OF AMERICA,

    Defendant.

NO. 3:17-CV-1499

(JUDGE CAPUTO)

## ORDER

**NOW**, this 18th day of October, 2018, **IT IS HEREBY ORDERED** that:

(1) Richard Rose's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 4) is construed as a motion to proceed without full prepayment of fees and costs, and is **GRANTED**.

(2) Robert Cummings' Motion for Leave to Proceed *In Forma Pauperis* (Doc. 6) is construed as a motion to proceed without full prepayment of fees and costs, and is **GRANTED**.

(3) Christopher Lefever's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 11) is construed as a motion to proceed without full prepayment of fees and costs, and is **GRANTED**.

(4) Daniel Greatwalker's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 13) is construed as a motion to proceed without full prepayment of fees and costs, and is **GRANTED**.

(5) The Motion for Extension of Time to File Brief (Doc. 8) is **DENIED as moot** because Plaintiffs have since filed a motion and brief in support of their claims (Docs. 18-19).

(6) Plaintiffs' Petition for Relief Under the Federal Tort Claims Act (Doc. 18), construed as a motion for summary judgment, is **DENIED without prejudice** to re-filing at the proper time in this litigation after Defendant has been served

and in accordance with the Federal Rules of Civil Procedure and this Court's Local Rules.

(7) Virgil Bigay's Motion to Join as Plaintiff to the Complaint (Doc. 15) is **GRANTED**. The Clerk of Court is directed to amend the docket to reflect Virgil Bigay as a Plaintiff to this action.

(8) Plaintiffs' Motion for Summary Judgment (Doc. 23), identified as a Motion for Default Judgment on the docket, is **DENIED without prejudice** to re-filing at the proper time in this litigation after Defendant has been served and in accordance with the Federal Rules of Civil Procedure and this Court's Local Rules.

(9) Plaintiffs' Motion to Amend the Complaint to include David Ebbert, Andrew Edinger, and Jennifer Seroski as Defendants (Doc. 29) **is DENIED** because the Complaint asserts only claims under the Federal Tort Claims Act and "the FTCA authorizes suits only against the United States itself, not individual defendants or agencies." *Gary v. Pa. Human Relations Comm'n*, 497 F. App'x 223, 228 (3d Cir. 2012); *see also CNA v. United States*, 535 F.3d 132, 138 n.2 (3d Cir. 2008) ("The Government is the only proper defendant in a case brought under the FTCA."); *Rankin v. Bledsoe*, No. 11-2352, 2012 WL 1965668, at *2 (M.D. Pa. May 31, 2012).

(10) The United States Marshal is directed to serve Plaintiff's Complaint (Doc. 1) on the named Defendant.

(11) The Motion to Serve Defendant (Doc. 33) is **DENIED as moot**.

          /s/ A. Richard Caputo
          A. Richard Caputo
          United States District Judge