IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER LEFEVER,** *et al.*, | : | |
| | : | |
| Plaintiff | : | CIVIL NO. 3:17-CV-1499 |
| | : | |
| v. | : | (Judge Caputo) |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Respondent | : | |

**O R D E R**

**AND NOW**, this **5th** day of **MARCH 2019**, it is **ORDERED** that:

1. Plaintiff LeFever's Motion to Amend (ECF No. 45) is **GRANTED**.

2. Plaintiff LeFever's Motion for Default Judgment (ECF No. 55) is **DENIED**.

       /s/ A. Richard Caputo
      **A. RICHARD CAPUTO**
      **United States District Judge**