IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER LEFEVER,** *et al.*, | : | |
| | : | |
| **Plaintiff** | : | **CIVIL NO. 3:17-CV-1499** |
| | : | |
| v. | : | (Judge Caputo) |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Defendant** | : | |

# O R D E R

**AND NOW**, this **11th** day of **FEBRUARY 2020,** in accordance with the accompany memorandum, it is **ORDERED** that:

1. Mr. LeFever's motion (ECF No. 80) for extension of time to object to the dismiss of his case is **DENIED**.

2. Mr. LeFever's motion (ECF No. 82) for leave to file a motion for summary judgment is **DENIED**.

3. Mr. LeFever's motion (ECF No. 92) for a hearing is **DENIED**.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**