IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER LEFEVER, *et al.*, | : | Civil No. 3:17-CV-1499 |
| Plaintiff | : | (Judge Mariani) |
| v | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant | : | |

### ORDER

**AND NOW**, this __6th__ day of August, 2020, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to stay (Doc. 108) is **DENIED**.

2. Plaintiff's third motion for appointment of counsel (Doc. 112) is **DENIED**.

_____
Robert D. Mariani
United States District Judge