IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER LEFEVER, *et al.*, | : | Civil No. 3:17-CV-1499 |
| Plaintiff | : | (Judge Mariani) |
| v | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, this _6th_ day of August, 2020, upon consideration of the Defendant's unopposed motion to dismiss and motion for summary judgment (Doc. 57), for the reasons set forth in this Court's Memorandum accompanying this Order, **IT IS HEREBY ORDERED THAT:**

1. The Defendants' motion to dismiss and motion for summary judgment (Doc. 57) is **GRANTED** as follows:

2. Plaintiff Robert Cummings' FTCA action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) due to his failure to comply with this Court's Standing Practice Order pertaining to his obligation to inform the court of all address changes.

3. Plaintiff Richard Rose's FTCA action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) due to his failure to comply with this Court's Standing Practice Order pertaining to his obligation to inform the court of all address changes.

4. Plaintiff Virgil Begay's FTCA action is **DISMISSED** pursuant to

        Federal Rule of Civil Procedure 41(b) due to his failure to comply with this Court's Standing Practice Order pertaining to his obligation to inform the court of all address changes.

5. Plaintiff John Usher's FTCA claims are **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) due to his failure to comply with this Court's Standing Practice Order pertaining to his obligation to inform the court of all address changes and due to his failure to sign the Complaint.

6. Plaintiff Michael Adams' FTCA claims are **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) due to his failure to sign the Complaint and his failure to pay the filing fee or file an application to proceed *in forma pauperis* and Authorization form.

7. Plaintiff Travis Yates' FTCA claims are **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) due to his failure to sign the Complaint and his failure to pay the filing fee or file an application to proceed in forma pauperis and Authorization form.

8. Plaintiff Yates' motion to refer his FTCA claim to the Prisoner Litigation Settlement Program (Doc. 95) is **DENIED**.

9. Defendant's unopposed motion for summary judgment as Plaintiff Greatwalker's FTCA claim is **GRANTED without prejudice.**

10. The Clerk of Court is directed to **CLOSE** this case.

11. Any appeal from this Order is **DEEMED** frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

                                                     */s/ Robert D. Mariani*
                                                     Robert D. Mariani
                                                     United States District Judge